**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-267-CBS

GEORGE ASSAD, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

STILLWATER MINING COMPANY,
BRIAN D. SCHWEITZER,
MICHAEL J. MCMULLEN,
GEORGE M. BEE,
PATRICE E. MERRIN,
LAWRENCE PETER O'HAGAN,
MICHAEL S. PARRETT,
GARY A. SUGAR,
SIBANYE GOLD LIMITED,
THOR US HOLDCO INC., and
THOR MERGCO INC.,

    Defendants.

## NOTICE OF CASE ASSOCIATION

Pursuant to D.C.COLO.LCivR 3.2, Plaintiff hereby provides notice to the Court of all pending cases which Plaintiff believes have common facts and claims to the instant action. In addition, Plaintiff has reviewed the operative complaints in the following actions and each have at least one party in common.

**U.S. District Court for the District of Colorado**

1. *Assad v. Stillwater Mining Co., et al.*, Case No. 17-cv-267-CBS

2. *Topf v. Stillwater Mining Co., et al.*, Case No. 17-cv-299-PAB

DATE: February 1, 2017                    Respectfully submitted,

                                                          */s/ Rusty E. Glenn*

Rusty E. Glenn
**THE SHUMAN LAW FIRM**
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
Email: rusty@shumanlawfirm.com

Kip B. Shuman
**THE SHUMAN LAW FIRM**
Post-Montgomery Ctr.
One Montgomery Street, Ste. 1800
San Francisco, CA 94104
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
Email: kip@shumanlawfirm.com

*Local Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 1, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

                                          */s/ Rusty E. Glenn*
                                          Rusty E. Glenn