**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-267-CBS

GEORGE ASSAD, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

STILLWATER MINING COMPANY,
BRIAN D. SCHWEITZER,
MICHAEL J. MCMULLEN,
GEORGE M. BEE,
PATRICE E. MERRIN,
LAWRENCE PETER O'HAGAN,
MICHAEL S. PARRETT,
GARY A. SUGAR,
SIBANYE GOLD LIMITED,
THOR US HOLDCO INC., and
THOR MERGCO INC.,

    Defendants.

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his claims and without prejudice as to the claims of the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and plaintiff has not sought certification of the putative class.

This Amended Notice of Voluntary Dismissal amends/corrects the filing in docket entry number 8.

Dated: April 27, 2017      **THE SHUMAN LAW FIRM**

By:  *s/ Rusty E. Glenn*

**OF COUNSEL:**      Rusty E. Glenn
600 17th Street, Suite 2800 South
**RIGRODSKY & LONG, P.A.**      Denver, CO 80202
Seth D. Rigrodsky      (303) 861-3003
Brian D. Long
Gina M. Serra      *Attorney for Plaintiff*
Jeremy J. Riley
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516

3

## **Certificate of Service**

      I hereby certify that the foregoing was filed with this Court on April 27, 2017 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                    *s/ Rusty E. Glenn*
                                    Rusty E. Glenn